*Exhibit A*

# Case Information

24-M-18728 | WILLIAMS VS Equifax

| Case Number | Court | |
|---|---|---|
| 24-M-18728 | Magistrate Court | |
| File Date | Case Type | Case Status |
| 05/03/2024 | Statement of Claim* | Pending |

# Party

Plaintiff
WILLIAMS, TERRELL ANTWOIN

Address
75 Rockwood Rd
Franklinton NC 27525

Active Attorneys ▾
Pro Se

Defendant
Equifax

Address
1550 PEACHTREE STREET NW
MAIL DROP H-42
Atlanta GA 30309

# Events and Hearings

05/03/2024 Statement of Claim ▾

Comment
Small claim/FCRA violations

Details

05/03/2024 Service ▾

Served
08/02/2024

Serving Officer
Woods, Broderick

Serving Method
Corporation

07/07/2024 Amended Statement of Claim ▾

Comment
change

07/25/2024 Amended Statement of Claim

08/05/2024 Sheriffs Entry of Service

08/29/2024 Answer ▾

Comment
Answer of Defendant Equifax

09/02/2024 Document Other ▾

Comment
complaint

E-FILED IN OFFICE SJ
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
24-M-18728
8/29/2024 1:34 PM
TIANA P. GARNER, CLERK

## MAGISTRATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

TERRELL ANTWOIN WILLIAMS,              )
                                       )
    Plaintiff(s),                      )          CIVIL ACTION NO.:
                                       )          24-M-18728
v.                                     )
                                       )
EQUIFAX INFORMATION SERVICES, LLC      )
                                       )
    Defendant(s).                      )


## ANSWER OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Defendant Equifax Information Services, LLC ("Equifax") submits the following answer to Plaintiff's Statement of Claim ("Complaint").

## ANSWER

1.    Equifax denies each and every allegation of the Complaint and further denies that plaintiff is entitled to any of the relief set forth in their prayer for relief.

2.    Equifax specifically denies that it failed to comply with any provision of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

3.    Equifax specifically denies that it failed to comply with any laws of the State of Georgia.

4.    Equifax specifically denies that plaintiff has suffered damage as a direct result of Equifax's actions or inactions.

5.    Equifax specifically denies that it is indebted to Plaintiff in any amount.

6.    Equifax denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

2

7.     To the extent not incorporated by one of the previously pleaded Defenses, Equifax asserts that Plaintiff's recovery in this case is barred by the statute of limitations.

This 29th day of August, 2024.

Respectfully submitted,

*Nadia Reynaga-Moreno*
Nadia Reynaga-Moreno
Legal Support Supervisor
Equifax Information Services, LLC
1550 Peachtree Street NW
Mail Drop H-42
Atlanta, GA  30309

2

**CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing ANSWER OF DEFENDANT

EQUIFAX INFORMATION SERVICES, LLC by depositing a copy of the same to U.S.

Mail, postage prepaid, addressed as follows:

Terrell Antwoin Williams
75 Rockwood Rd.
Franklinton, NC 27525

*Plaintiff*

This 29th day of August, 2024.


*Nadia Reynaga-Moreno*
Nadia Reynaga-Moreno
Legal Support Supervisor
Equifax Information Services, LLC

3

Civil Action No. 24M18728

**MAGISTRATE COURT,
GWINNETT COUNTY, GEORGIA**

Date Filed 7/25/24

Attorney's or Plaintiff's Address & Tel #:

Terrell-antwoin:Williams

75 Rockwood Rd

Franklinton North Carolina 27525

**PLAINTIFF**

TERRELL ANTWOIN WILLIAMS vs.

Name and Address & Tel. # of Party to be Served

Corporation Service Company/Equifax

2 Sun Court St 400

Peachtree Corners Georgia 30092

**DEFENDANT**

EQUIFAX

**GARNISHEE**

Other attached documents also served: _____

24 AUG -5 AM 11: 25
TIANA P. GARNER, CLERK
FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA

---

### SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL** Upon the following named defendant: _____

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____ described as follows:
approximate age _____ years; approximate weight _____ pounds; approximate height _____ feet and _____ inches, domiciled at the listed residence of the defendant.

[ ] **CORPORATION** Upon corporation Equifax _____

By serving _____, in charge of the office and place of business of the corporation in this county.

By serving Alisha Smith _____, its registered agent.

2024 AUG -1 PM 3: 28
RECEIVED
CIVIL DIV.
G.C.S.O.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This 2 day of August, 20 24.

SHERIFF DOCKET _____ PAGE _____

TIME: _____. M.

DEPUTY B. Woods 8074

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**   24024599

**Person Served:**   Equifax
2 Sun Court St 400
Peachtree Corners GA 30092
PHONE:

## Process Information:

Date Received:   08/01/2024

Assigned Zone:   2 Sun Court           Court Case #:   24-M-18728

Expiration Date:                       Hearing Date:

Paper Types:   STATEMENT OF CLAIM & NOTICE AND SUMMONS

Notes/Alerts:

**Notes:**

Civil Action No. 24M18728

**MAGISTRATE COURT,
GWINNETT COUNTY, GEORGIA**

Date Filed 7/25/24

Attorney's or Plaintiff's Address & Tel #:

Terrell-antwoin Williams

75 Rockwood Rd

Franklinton North Carolina 27525

**PLAINTIFF**

TERRELL ANTWOIN WILLIAMS    vs.

**DEFENDANT**

EQUIFAX

Name and Address & Tel. # of Party to be Served

Corporation Service Company/Equifax

2 Sun Court St 400

Peachtree Corners Georgia 30092

**GARNISHEE**

Other attached documents also served: _____

**SHERIFF'S ENTRY OF SERVICE**

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

**[ ] PERSONAL** Upon the following named defendant:

**[ ] NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows:
approximate age _____ years; approximate weight_____pounds; approximate height_____feet and
_____inches, domiciled at the listed residence of the defendant.

**[ ] CORPORATION** Upon corporation_____

By serving _____, in charge of the office and
place of business of the corporation in this county.

By serving _____, its registered agent.

**[ ] TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

**[ ] NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This _____ day of _____, 20___.

SHERIFF DOCKET_____ PAGE_____

TIME: _____M.

DEPUTY

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Terrell Antwain Williams
75 Rockwood Rd
Franklinton North Carolina 27525
_____ Plaintiff(s)

vs.

Equifax
2 Sun Court St 400
Peachtree Corners GA 30092
Corners _____ Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

Clerk, Gwinnett Magistrate Court, P.O. Box 246

Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. __24-M-18728__

Amending to Change amount of Claim to $15,000

INFO & FORMS ON INTERNET
www.gwinnettcourts.com

## STATEMENT OF CLAIM

[ ] Suit on Note   [✓] Suit on Account   [ ] Other _____

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County; [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

- FCRA violations
- Breach of Information (Data Breach)
- Defamation of Character

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2024 JUL 25 PM 12:43
TIANA P. GARNER, CLERK

3. That said claim is in the amount of: $ 15,000 principal, $ _____ interest, plus costs to date, and all future costs of this suit.

State of ~~Georgia, Gwinnett County;~~ North Carolina, Wake

I, Terrell Antwain Williams _____ being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

30th day of June 20 24

Comm. Exp. 06/14/2027

James Bryan Young
NOTARY
Wake County, NC
PUBLIC

Notary Public/Attesting Official

Plaintiff or Agent
Authorized Representive
(If Agent -- Title or Capacity)

Day Time Phone Number 910-604-2498

I request a civil trial [ ] during normal business hours OR [ ] 6:30 PM, evening trials. ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.

## NOTICE AND SUMMONS

TO: All Defendant(s)

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 25 day of July 20 24 _____

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01     White--MAGISTRATE  Yellow--DEFENDANT  Pink--PLAINTIFF     Aug 10

# GENERAL INSTRUCTIONS IF YOUR CASE GOES TO TRIAL

The instructional tape, "I PRESENT MY CASE" is currently scheduled for viewing on the Gwinnett County Public Access Channel, Channel 23, on the following days and times: Monday, 5:30 P.M. & Saturday, 4:30 P.M; In Spanish, Tuesday, 5:30 P.M., & Sunday, 4:30 P.M..   Current scheduling can be confirmed on the web-site, www.gwinnettcounty.com, click on Calendar, click on Cable Calendar.

See the courts website, www.gwinnettcourts.com.

Additionally, you must be prepared and **ON TIME**.  Bring all of your witnesses, documents, photographs, etc. to court with you.  If you are late, you may automatically lose your case and you may not have an opportunity to present your side of the issue.  If you must be late, contact the court well in advance during normal business hours so that the calendar can be properly marked.

The following may help you in preparing your claim or defense:

| | |
|---|---|
| | All parties shall notify the Clerk of Court in writing of any address change, or daytime telephone number change. |
| | All court notices come by regular mail. If you fail to provide your new address, you may miss your trial & lose your case. |
| | I will bring the following to court to prove my case: |
| | Written contracts, leases, IOUs, notes, and all written documents applicable to the case. |
| | Letters and/or papers relating to the case |
| | Bills or estimates, invoices. (The person(s) who prepared the bills or estimates should accompany you to court) |
| | Canceled checks |
| | Photographs |
| | Witnesses (Should accompany you.  Notarized statements CANNOT be accepted as evidence at a trial.) |
| | All other evidence you consider relevant. |
| | I will bring to court all witnesses having firsthand knowledge of my case.  They have not heard evidence from someone else [NOTE: Impartial witnesses who have no stake in the outcome of the case are generally more believable] |
| | I need to get a subpoena (order to appear) from the Clerk of Court  for some witnesses to make certain that they appear. |
| | I need to get subpoenas for the production of documents. |
| | This case involves damage to property (for example, a car, the home, etc.) |
| | I can describe the damage in detail and I have repair bills, written estimates of damage or repair, or other reliable evidence to help support **my opinion of the value of the property before and/or after** the damage.  [NOTE: a case involving damages must always be proved by LIVE TESTIMONY].  Bring/subpoena the person to court who prepared the estimates. |
| | I can describe the condition of the property before the damage and I have determined what it was worth then.  I have a Bluebook/Blackbook guide or newspaper ads to help prove my opinion.  I can describe with reasonable certainty the cost of repairs.  I have researched the law as to the correct measure of damages. |
| | **FOR PLAINTIFF:** |
| | The party I have named is liable to me.  (There is not a another person or corporation who really owes the money to me.  (Just because a person is an officer/registered agent  of a corporation does not make that person liable.) |
| | I can prove the amount of the complaint.  I have not asked for more money than is really owed me. |
| | **FOR THE DEFENDANT:** |
| | I filed an answer/counterclaim to the Plaintiff's claim on time. |
| | I do not owe the money because someone else is legally responsible, a third party or a corporation. |
| | I do not owe the Plaintiff anything for some other reasons. |
| | The Plaintiff is suing for more than the damage. |
| | The Plaintiff owes me money and I have set forth the amount owed me in my counterclaim.  (A counterclaim must be proven to a "preponderance of the evidence" in the same manner as Plaintiff's claim.) |
| | I owe most or all of the money the Plaintiff claims but I need more time to pay it.  I need to set up a payment plan.  I will try to work this out with the plaintiff before court.  Otherwise, I will tell the judge I need a payment plan at the court date. |

NOTE: The Magistrate Court attempts to use simple procedures but is subject to the same rules of law and evidence as any other court.  You may wish to seek legal advice from an attorney if the importance of your case warrants it. You have the responsibility for presenting your case and this form gives only general advice which may not be adequate in your case.

mag 10-02 statement of claims instructions

E-FILED IN OFFICE SJ
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
24-M-18728
7/7/2024 4:28 PM
TIANA P. GARNER, CLERK

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Terrell Antwain Williams
75 Rockwood Rd
Franklinton North Carolina 27525

Plaintiff(s)

vs

Equifax
2 Sun Court St 400
Peachtree Corners GA 30092
Corners

Defendant(s)

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100 Ext. Civil Division)

Civil Action No. 24-M-18728

Amending to Change amount of claim
INFO & FORMS ON INTERNET to $15,000
www.gwinnettcourts.com

## STATEMENT OF CLAIM

Telephone (Daytime number if known, otherwise, evening number)

[ ] Suit on Note  [✓] Suit on Account  [ ] Other _____

1. The Court has jurisdiction over the defendant(s) [✓] the Defendant(s) is a resident of Gwinnett County [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

- FCRA violations
- Breach of Information (Data Breach)
- Defamation of Character

3. That said claim is in the amount of: $ 15,000 principal, $ _____ interest, plus $ _____ costs to date, and all future costs of this suit.

State of ~~Georgia, Gwinnett County:~~ North Carolina, Wake

I, Terrell Antwain Williams being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

30th day of June 20 25

_Notary seal: James Bryan Young, NOTARY, Comm. Exp. 06/14/2027, PUBLIC, Wake County, NC_

Notary Public/Attesting Official

I request a civil trial [ ] during normal business hours [ ] 6:30 PM, evening trials. **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

Plaintiff or Agent
Authorized Representative
(If Agent -- Title or Capacity)

Day Time Phone Number 910-604-2498

### NOTICE AND SUMMONS

TO: All Defendant(s)

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

7/8/2024

Filed this _____ day of _____ 20 ____ _____
Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

FILED IN OFFICE AV
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

24-M-18728
5/3/2024 3:29 PM
TIANA P. GARNER, CLERK

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Terrell Antwoin Williams

75 Rockwood Rd

Franklinton North Carolina 27525
_____
Plaintiff(s)

Civil Action No.

24-M-18728

vs.

Equifax

2 Sun Court St 400

Peachtree Corners GA 30092
_____
Defendant(s)

Telephone (Daytime number if known, otherwise, evening number)

INFO & FORMS ON INTERNET
www.gwinnettcourts.com

**STATEMENT OF CLAIM**

[ ] Suit on Note    [✓] Suit on Account    [ ] Other _____

1. The Court has jurisdiction over the defendant(s)  [✓] the Defendant(s) is a resident of Gwinnett County;  [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

- FCRA violations
- Breach of Information (Data Breach)
- Defamation of character

3. That said claim is in the amount of:  $ 10,000  principal,  $ _____  interest, plus  $ _____
costs to date, and all future costs of this suit.

State of ~~Georgia, Gwinnett County~~ North Carolina, Wake

I, Terrell Antwoin Williams _____ being duly sworn on oath, says the foregoing is a just and true statement of
the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

3rd day of May

RAUL ALEJO-ESTRADA
NOTARY PUBLIC
Franklin County
North Carolina
My Commission Expires Nov. 13, 2028

_____
Notary Public/Attesting Official

Plaintiff or Agent
Authorized Representative
(If Agent -- Title or Capacity)
Day Time Phone Number  910-604-2498

I request a civil trial [ ] during normal business hours  - OR -  [ ] 6:30 PM, evening trials. **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

**NOTICE AND SUMMONS**

**TO: All Defendant(s)**
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

5/6/2024

Filed this _____ day of _____ 20 _____    _____
Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

Q:\Magforms\MAG 10 Civil Filing\Statement Of Claims Mag.10-01     White--MAGISTRATE  Yellow--DEFENDANT  Pink--PLAINTIFF     Aug 10