TERRELL ANTWOIN WILLIAMS

_____
**Plaintiff(s)**

**v.**

EQUIFAX INFORMATION SERVICES LLC'S

_____
**Defendant(s)**

GWINNETT ~~MAGISTRATE~~ *FEDERAL* COURT

**STATE      OF      GEORGIA**

**DISMISSAL OF CLAIMS**

**CIVIL ACTION FILE NO:**

1:24-CV-03923-JPB-RGV

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**APR 24 2025**

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

## DISMISSAL OF CLAIM

The Plaintiff(s) in the above styled action does(do) hereby voluntarily dismiss the claim against the Defendant(s)

[   ] with prejudice (case may not be re-filed).

[ ✓ ] without prejudice (case may be re-filed within statute of limitations).

This the ___11___ day of __April_____, 20_25_.

_____
**Plaintiff(s)**

## DISMISSAL OF COUNTERCLAIM

The Defendant(s) in the above styled action does(do) hereby voluntarily dismiss the claim against the Plaintiff(s)

[   ] with prejudice (case may not be re-filed).

[   ] without prejudice (case may be re-filed within statute of limitations).

This the _____ day of _____, 20_____.

_____
**Defendant(s)**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Dismissal upon the other party in the following manner:

[   ]    hand delivering a copy to that party

[ ✓ ]    mailing a copy by first class mail to the address listed below:

75 Ted Turner Dr NW # 2211,
Atlanta, GA 30303

_____
This _11_ day of _April_____, 20_25_.    ✓ Plaintiff(s)    [   ] Defendant(s)

MAG 10-12 Dismissal of Claims (Rev 2-08).wpd
MAG 10-12 Dismissal of Claims (Rev 2-08).wpd

Terrell-antwoini Williams

75 Rockwood Rd

Franklinton, North Carolina 27525



RALEIGH NC  275
Research Triangle Region
21 APR 2025  PM 6  L

UNITED STATES DISTRICT COURT CLERK
75 TED TURNER DR NW #2211
ATLANTA, GEORGIA 30303

CLEARED DATE

APR 2 4 2025

U.S. Marshals Service
Atlanta, GA 30303

30303-331861